# EXHIBIT "H"

## CAPTIVE MANAGEMENT AGREEMENT

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

[Attorney roster and office addresses: Marietta, Georgia (Emerson Overlook, 326 Roswell St, Marietta, Georgia 30060, Telephone (770) 429-1499); Knoxville, Tennessee (408 N. Cedar Bluff Rd · Ste 500, Knoxville, Tennessee 37923, Telephone (865) 692-9039); Jacksonville, Florida (10151 Deerwood Park Blvd · Bldg 200, Ste 250, Jacksonville, Florida 32256, Telephone (904) 428-1465); Nashville, Tennessee (3200 West End Ave · Ste 500, Nashville, Tennessee 37203, Telephone (615) 425-7347); Louisville, Kentucky (9600 Corporate Campus Dr · Ste 2000, Louisville, Kentucky 40223, Telephone (502) 410-5021); Charleston, South Carolina (4000 S. Faber Place Dr · Ste 300, Charleston, South Carolina 29405, Telephone (843) 352-0002).]

December 1, 2012

Dr. Artis P. Truett, III
Dr. Michael Crowe
Owensboro Dermatology Associates, P.S.C.
2821 New Hartford Rd.
Owensboro KY 42303

Re: Management of two captive insurance companies

Dear Dr. Truett and Dr. Crowe:

We would like to thank you for the opportunity to assist you with the management of your captive insurance companies formed in the year 2012 ("Company"). The purpose of this agreement ("Agreement") is to formalize our agreement, and to confirm our understanding of the terms and objectives of our engagement as well as the nature and limitations of the management services that we will provide.

When signed by you, this Agreement will constitute as our contract for management services to the Company and will supersede any previous understandings that we have regarding this matter. It is very important that you thoroughly review this Agreement, and have a clear understanding of all that is mentioned herein so that we can resolve any and all concerns that you may have prior to your signing this Agreement.

## MOORE INGRAM JOHNSON & STEELE

### FEES

Our customary fee to manage one captive insurance company is Three Thousand Dollars and No/100 ($3,000.00) per month; however, we have agreed to manage your two captive insurance companies formed in the year 2012 for Four Thousand Dollars and No/100 ($4,000.00) per month. The terms of this Agreement shall be for one year and shall automatically extend each year thereafter unless terminated in writing more than Ninety (90) days prior to automatically renewing.

### DESCRIPTION OF SERVICES

MIJS Captive Management, LLC is a Kentucky Company and is a wholly owned subsidiary of Moore, Ingram, Johnson & Steele, LLP. In exchange for monthly fees received, MIJS Captive Management, LLC agrees to act as your insurance manager and to provide the following services:

- Act as your local agent in the jurisdiction of formation for purposes of receiving correspondence;

- Act as your insurance manager for purposes of complying with any statutory or regulatory requirements in your jurisdiction of formation requiring such;

- Assist you in arranging actuarial and accounting services to the Company; however, you will be required to engage and be responsible for paying these fees separately;

- Assist you in identifying insurance opportunities, and procuring re-insurance as you request (we cannot, of course, guarantee that the price of any re-insurance will be reasonable, and you will be responsible for all re-insurance payment of premiums);

- Drafting policies and related documents for risks that you have chosen to underwrite. This will be done annually or more often at your direction. With the help of our liability experts and an outside actuary, we can increase or decrease your coverage;

- Bookkeeping and recordkeeping services in compliance with any statutory or regulatory requirements;

- Provide information on investment policy and compliance with any statutory or regulatory requirements; and

- Assist in claims resolution (excludes attorney's fees, investigators, etc.).

## MOORE INGRAM JOHNSON & STEELE

### ANNUAL MAINTENANCE FEES

There are certain fees that are not included in the monthly management fee discussed above and are payable directly to the third parties performing such services. These following fees are maintenance costs that are typical costs required by state insurance departments:

- Annual insurance audit: approximately $8,500;

- Domicile State Tax: approximately $5,000 per year;

- Captive tax return preparation: approximately $3,000 per year;

- Annual actuarial opinion regarding adequacy of loss reserve: approximately $3,000;

- $5,000 to Patriotic Reinsurance Company, Inc. for administrative costs of reinsurance pooling arrangement (if applicable); and

- Tri-Annual domicile audit conducted by state: approximately $6,000-$9,000 every three years.

### OTHER FEES

You will also be responsible for other fees and expenses that may arise from time to time. These fees are not included in our management fee and we will confer with you in advance prior to performing or incurring anything that will result in such fees or expenses. These may include by way of example:

- Broker fees for acquisition of reinsurance (if applicable);

- Registered Agent fees;

- Claims resolution expenses (legal defense costs, investigator fees, or other such expenses); and

- Other expenses, costs and fees (copies in excess of 200 pages, filing fees, overnight fees, etc.).

### TERMINATION AND WITHDRAWAL

The terms of this Agreement shall be one year and shall automatically extend each year thereafter unless terminated in writing more than ninety days prior to automatically renewing. You may choose to terminate this Agreement at any time, and for any reason, by written notice

### MOORE INGRAM JOHNSON & STEELE

to our firm, upon ninety (90) days written notice to us. Our firm may similarly cancel our agreement to represent you at any time if you are in breach of this Agreement, if you refuse to cooperate with our firm or to follow our advice on a material matter, if you are more than 30 days late on one of our invoices, or by reason of any fact or circumstance render our continuing representation of you unlawful or unethical. If this Agreement terminates prior to the time our services have been completed, all accrued but unpaid fees and costs shall be paid to our firm upon termination.

The terms of this Agreement shall survive the termination of this Agreement and/or the dissolution or other effective termination of business of MIJS Captive Management, LLC. If this Agreement shall be terminated by reason of your death or bankruptcy, its terms shall apply to, benefit, and bind your heirs and assigns.

### RESPONSIBILITIES OF CLIENT

You have the responsibility of being truthful and cooperative with MIJS Captive Management, LLC. In addition, it is imperative that you keep us informed of any developments and/or changes of address, telephone number and location. Further, it is your responsibility to make timely payments to MIJS Captive Management, LLC and to abide by all provisions of this Agreement.

### DISCLAIMER OF GUARANTIES

Nothing in the Agreement or any other communication to you shall be construed as a promise or a guarantee about the outcome of your matter. Any comments about the outcome of your matter are expressions of observation only.

### DISCLAIMER OF LIABILITY FOR UNDERWRITING AND INVESTMENT LOSSES

This firm shall not be responsible or liable for your underwriting losses and investment losses. While our firm may offer general guidance on underwriting certain risks, we are not, nor do we hold ourselves out to be, your underwriters. You are exclusively responsible for the Company's underwriting activities and any losses caused thereby. You are solely responsible for your investment losses. Investment losses may cause the Company to become insolvent for regulatory purposes which may require the contribution of additional capital.

### LIMITATION OF LIABILITY

Notwithstanding anything to the contrary contained herein or in any other agreement, you agree that Moore Ingram Johnson & Steele, LLP shall have no liability (whether direct or indirect, in contract, tort or otherwise) to you or any person or any entity related to or affiliated with you for any losses, claims, demands, damages, liabilities, costs or expenses arising out of, in connection with, in relation to, as a result of, or by reason of this Agreement or the services rendered or contemplated hereunder (collectively, "losses"), other than the losses incurred by you which have resulted primarily from Moore Ingram Johnson & Steele, LLP's negligence. If you, or any other person or any entity related to or affiliated with you are awarded any damages

## MOORE INGRAM JOHNSON & STEELE

as a result thereof, such damages shall exclude: (1) punitive damages and consequential and/or incidental damages (e.g. lost profits and other indirect or speculative damages); (2) taxes or interest (or similar amounts) payable to any tax authority as a result of any challenge of any tax positions taken by you or any person or entity related to or affiliated with you, (3) penalties (or similar amounts) payable to any tax authority as a result of any such challenge, and (4) attorney's fees or other costs incurred in defending any challenge of any tax positions and attorney's fees or other costs incurred in pursuing any claims against any accountant or accounting firm. Further, you agree that any damages which you might be awarded shall be limited to the amount of fees( including the Fee and any subsequent fee) you have paid.

You further agree that since there are many other groups which provide insurance company consulting and formation services, that this is not any contract of adhesion, and that at the time of the signing of this document, that you were free to negotiate the terms hereof.

### OWNERSHIP OF FILE CONTENTS

All documents present in MIJS Captive Management, LLC's files as a result of its services hereunder shall be and remain the property of the Company, except for copies of documents retained by MIJS Captive Management, LLC. It is agreed that the officers and directors of the Company, its parent entities and their authorized agents will be allowed to physically review the entire files held in MIJS Captive Management, LLC's offices upon reasonable notice. It is also agreed that upon termination of this Agreement, MIJS Captive Management, LLC covenants to transfer all document files of the Company to a person or entity designated by the Company.

### SEVERABILITY

In the event that any term, condition or provision of this Agreement is for any reason rendered void, all remaining terms, conditions and provisions shall remain and continue as valid and enforceable obligations of the parties hereto.

### ENTIRE AGREEMENT

This Agreement contains the entire agreement between the parties with respect to the subject matter hereof, and all prior understandings, oral or in writing, by the parties hereto with respect to the subject matter hereof are superseded by this Agreement. No limitations modifications, supplements, waivers or changes herein or hereof shall be binding on any party hereto unless set forth in a document duly executed by or on behalf of such party.

### NO ILLEGAL PURPOSES, MONEY LAUNDERING OR FRADULENT TRANSFER

By your execution and delivery of a signed copy of this Agreement to our firm, you hereby represent that you have no plan, scheme, or intention to use the Company for any illegal purposes whatsoever, including but not limited to, any money laundering activity or to conceal any past acts that might be considered evasion of state or federal taxes. You also represented to

## MOORE INGRAM JOHNSON & STEELE

us that you do you plan to avoid creditors by way of making any premium payments or injections of future capital to the Company.

ABOUT THIS AGREEMENT

If this Agreement meets with your approval, please sign the enclosed copy of the Agreement and return the same to us.

This Agreement shall be executed with each party keeping a copy, and full and true copies of the originals, as amended (if amended), including copies of copies, scanned copies, etc., shall be given the same force and effect of any original.

We look forward to working with you in the future. Please indicate your acceptance of this Agreement by signing below, and indicating the date of your signature. This Agreement shall become effective upon the date in which it is countersigned by you.

Very truly yours,

MIJS Captive Management, LLC

Matthew J. Howard,
Member

**Owensboro Dermatology Associates, P.S.C.** has fully read, understands, accepts and agrees to all the terms and conditions of this Agreement as set forth above.

By: Dr. Artis P. Truett, III          By: Dr. Michael Crowe

Title: Vice President                  Title: President

Date: 10 Dec 2012                      Date: 11 Dec 2012